IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **DIEDRA SIMPSON** | : | **CASE NO. 3:20cv65** |
| Plaintiff, | : | |
| | | **JUDGE WALTER H. RICE** |
| v. | : | |
| **JOHN TOKARZ, et al.** | : | |
| Defendants. | : | |
| | : | **CASE NO. 3:20cv71** |
| **CALEB UPTON** | | |
| | : | |
| Plaintiff, | | |
| | | **JUDGE WALTER H. RICE** |
| v. | : | |
| **UNITED STATES DEPARTMENT OF AIR FORCE** | : | |
| | : | |
| Defendant. | | |
| | : | **CASE NO. 3:20cv72** |
| **KATRICE MARSHALL** | | |
| | : | |
| Plaintiff, | | |
| | | **JUDGE WALTER H. RICE** |
| v. | : | |
| **UNITED STATES DEPARTMENT OF AIR FORCE** | : | |
| | : | |
| Defendant. | | |

**ENTRY CONSOLIDATING CAPTIONED CAUSES FOR ALL FURTHER PROCEEDINGS AT THE REQUEST OF COUNSEL; CONFERENCE CALL SET**

Upon the agreement of all counsel in the captioned causes, the captioned causes are consolidated for all further proceedings, based on Judge Rice having the lowest numbered case.

This matter for scheduling conference on Thursday, June 11, 2020 at 4:00 p.m.

**IT IS SO ORDERED.**

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

copy to: Judge Douglas Cole